# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Commonwealth of Virginia, et al. </br>*Plaintiff* </br>v. </br>David S. Ferriero </br>*Defendant* | ) </br>) </br>) Case No. 20-cv-00242 </br>) </br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Illinois .

Date: 01/30/2020

/s/ Christopher G. Wells
*Attorney's signature*

Christopher G. Wells (IL Bar No: 6304265)
*Printed name and bar number*

Office of the Illinois Attorney General
100 W. Randolph St., 12th floor
Chicago, IL 60601
*Address*

cwells@atg.state.il.us
*E-mail address*

(312) 814-3000
*Telephone number*

(312) 814-5024
*FAX number*