AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Commonwealth of Virginia, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-00242 |
| David S. Ferriero | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Illinois                                                                                                                  .

Date:   01/30/2020

/s/ Elizabeth Roberson-Young
*Attorney's signature*

Elizabeth Roberson-Young (IL Bar No: 6293643)
*Printed name and bar number*

Office of the Illinois Attorney General
100 W. Randolph St., 11th floor
Chicago, IL 60601
*Address*

erobersonyoung@atg.state.il.us
*E-mail address*

(312) 814-3000
*Telephone number*

(312) 814-5024
*FAX number*