AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-00242 |
| DAVID S. FERRIERO, ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COMMONWEALTH OF VIRGINIA .

Date:  01/30/2020

/s/ Martine E. Cicconi
*Attorney's signature*

Martine E. Cicconi, No. 219373
*Printed name and bar number*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia  23219
*Address*

mcicconi@oag.state.va.us
*E-mail address*

(804) 786-7773
*Telephone number*

(804) 371-0200
*FAX number*