AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| COMMONWEALTH OF VIRGINIA, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-00242 |
| DAVID S. FERRIERO, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COMMONWEALTH OF VIRGINIA                                                                                                        .

Date:    01/30/2020                                              /s/ Jessica Merry Samuels
                                                                                  *Attorney's signature*

                                                         Jessica Merry Samuels, No. 1552258
                                                                        *Printed name and bar number*

                                                                   Office of the Attorney General
                                                                      202 North Ninth Street
                                                                    Richmond, Virginia  23219
                                                                                  *Address*

                                                                    jsamuels@oag.state.va.us
                                                                             *E-mail address*

                                                                           (804) 786-6835
                                                                          *Telephone number*

                                                                           (804) 371-0200
                                                                              *FAX number*