AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
District of Columbia ▾

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA, et al., | ) |
| *Plaintiff* | ) |
| v. | ) Case No.   1:20-cv-00242 |
| DAVID S. FERRIERO, | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COMMONWEALTH OF VIRGINIA                                                    .

Date:     02/07/2020

/s/ Toby J. Heytens
*Attorney's signature*

Toby J. Heytens, No. 490314
*Printed name and bar number*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia  23219
*Address*

theytens@oag.state.va.us
*E-mail address*

(804) 786-7240
*Telephone number*

(804) 371-0200
*FAX number*