IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA, ILLINOIS, and NEVADA,<br>*Plaintiffs*,<br><br>v.<br><br>DAVID S. FERRIERO, in his official capacity as Archivist of the United States,<br>*Defendant*,<br><br>ALABAMA, LOUISIANA, NEBRASKA, SOUTH DAKOTA, and TENNESSEE,<br>[*Proposed*] *Intervenor-Defendants*, | Case No. 1:20-cv-242-RC |

## [PROPOSED] ORDER GRANTING MOTION TO INTERVENE

After considering the motion to intervene filed by Proposed Intervenor-Defendants Alabama, Louisiana, Nebraska, South Dakota, and Tennessee, the Court **GRANTS** the motion. As explained in their motion and supporting statement, Proposed Intervenor-Defendants satisfy the requirements for intervention as of right and for permissive intervention. The Court thus grants them leave to intervene, with all the rights of ordinary defendants.

Dated: _____ ____, 2020

_____
Judge Rudolph Contreras
U.S. District Court for the District of Columbia

1

## NAMES OF PERSONS TO BE SERVED

Per LCvR 7(k), the following counsel should be notified when this proposed order is entered:

Michelle S. Kallen
Toby J. Heytens
Martine E. Cicconi
Jessica Merry Samuels
Zachary R. Glubiak
OFFICE OF THE ATTORNEY GENERAL
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-7240 – Telephone
(804) 371-0200 – Facsimile
mkallen@oag.state.va.us

*Counsel for Plaintiff Virginia*

Kathryn Hunt Muse
Christopher Wells
Elizabeth Roberson-Young
OFFICE OF THE ATTORNEY GENERAL
100 West Randolph Street
Chicago, Illinois 60601
(312) 814-3000 – Telephone
(312) 814-5024 – Facsimile
kmuse@atg.state.il.us
cwells@atg.state.il.us
erobersonyoung@atg.state.il.us

*Counsel for Plaintiff Illinois*

AARON D. FORD
Attorney General of Nevada
By: /s/ Heidi Parry Stern
HEIDI PARRY STERN
CRAIG A. NEWBY
OFFICE OF THE ATTORNEY GENERAL
100 North Carson Street
Carson City, Nevada 89701-4717
(775) 684-1100 – Telephone
(775) 684-1108 – Facsimile
HStern@ag.nv.gov
CNewby@ag.nv.gov

*Counsel for Plaintiff Nevada*

Vinita Andrapalliyal
U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION, FEDERAL PROGRAMS BRANCH
1100 L Street
Washington, D.C. 20005
202-305-0845
vinita.b.andrapalliyal@usdoj.gov

*Counsel for Defendant Archivist of the U.S.*