AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| VIRGINIA, ILLINOIS, and NEVADA, <br> *Plaintiff* <br> v. <br> DAVID S. FERRIERO, <br> *Defendant* | ) <br> ) <br> ) Case No. 1:20-cv-00242-RC <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Alabama, Proposed Intervenor-Defendant.

Date:   02/21/2020

/s/ James W. Davis
*Attorney's signature*

James W. Davis  (ASB-4063-I58J)
*Printed name and bar number*

Office of the Alabama Attorney General
501 Washington Avenue, Montgomery, AL 36104
*Address*

Jim.Davis@AlabamaAG.gov
*E-mail address*

(334) 242-7300
*Telephone number*

(334) 353-8400
*FAX number*