AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Virginia, Illinois, and Nevada, <br> *Plaintiff* | ) <br> ) |
| v. | )    Case No.   1:20-cv-242-RC |
| David S. Ferriero <br> *Defendant* | ) <br> ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Nebraska, Proposed Intervenor-Defendant    .

Date:   02/21/2020

/s/ James A. Campbell
*Attorney's signature*

James A. Campbell (AZ Bar No. 026737)
*Printed name and bar number*

Nebraska Attorney General's Office
2115 State Capitol, Lincoln, NE 68509
*Address*

jim.campbell@nebraska.gov
*E-mail address*

(402) 471-2682
*Telephone number*

(402) 471-3297
*FAX number*