UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA, STATE OF ILLINOIS, and STATE OF NEVADA, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID S. FERRIERO, in his official capacity as Archivist of the United States, <br><br> Defendant. | Case No. 1:20-cv-00242 |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO MOTION TO INTERVENE**

Plaintiffs the Commonwealth of Virginia, the State of Illinois, and the State of Nevada, by their attorneys, seek a one-week extension of the date by which responses to the pending Motion to Intervene shall be filed. In support of this motion, Plaintiffs submit the following:

1. On January 30, 2020, Plaintiff States filed their Complaint against Defendant David S. Ferriero, in his official capacity as Archivist of the United States. See Dkt. No. 1. A Summons was issued to the Archivist that same day. See Dkt. No. 7. Plaintiff States have undertaken to serve the Archivist and will submit a proof of service to the Court once service has been confirmed.

2. No counsel has appeared on behalf of the Archivist, nor has the Archivist filed any response or other notice in this action.

3. On February 19, 2020, Movants filed a Motion to Intervene and a Proposed Answer. See Dkt. No. 10. Pursuant to Local Civil Rule 7(b), any response to the Motion is due within 14 days.

4. The Motion raises several issues with respect to proposed intervention that Plaintiff States are in the process of reviewing and considering. To give counsel adequate time to prepare a response, and in light of several pressing deadlines in other matters handled by undersigned counsel, Plaintiff States respectfully request that the deadline to respond to the Motion be extended by one week, to March 11, 2020.

5. Pursuant to Local Civil Rule 7(m), Counsel for Plaintiff States have conferred about this motion in good faith with counsel for Movants and counsel representing the Archivist to determine whether there is any opposition to the relief sought. Counsel for Movants advised that they consent to the requested extension. Counsel representing the Archivist advised that they do not oppose this Motion.

6. A proposed order is attached to this Motion.

Accordingly, Plaintiff States request that this Motion be granted, and that the deadline by which any responses to the pending Motion to Intervene shall be filed be extended to March 11, 2020.

Dated: February 27, 2020

Respectfully submitted,

COMMONWEALTH OF VIRGINIA, STATE OF ILLINOIS, AND STATE OF NEVADA

MARK R. HERRING
*Attorney General of Virginia*

By: */s/ Michelle S. Kallen*
MICHELLE S. KALLEN [1030497]
TOBY J. HEYTENS [490314]
MARTINE E. CICCONI [219373]
JESSICA MERRY SAMUELS [1552258]
ZACHARY R. GLUBIAK
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-7240 – Telephone
(804) 371-0200 – Facsimile
mkallen@oag.state.va.us

*Attorneys for Plaintiff*
*Commonwealth of Virginia*

KWAME RAOUL
*Attorney General of Illinois*

By: */s/ Kathryn Hunt Muse*
KATHRYN HUNT MUSE
CHRISTOPHER WELLS
ELIZABETH ROBERSON-YOUNG
Office of the Attorney General
100 West Randolph Street
Chicago, Illinois 60601
(312) 814-3000 – Telephone
(312) 814-5024 – Facsimile
kmuse@atg.state.il.us
cwells@atg.state.il.us
erobersonyoung@atg.state.il.us

*Attorneys for Plaintiff*
*State of Illinois*

AARON D. FORD
*Attorney General of Nevada*

By: */s/ Heidi Parry Stern*
HEIDI PARRY STERN
CRAIG A. NEWBY
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
(775) 684-1100 – Telephone
(775) 684-1108 – Facsimile
HStern@ag.nv.gov
CNewby@ag.nv.gov

*Attorneys for Plaintiff*
*State of Nevada*