UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA, STATE OF ILLINOIS, and STATE OF NEVADA,<br><br>    Plaintiffs,<br><br>v.<br><br>DAVID S. FERRIERO, in his official capacity as Archivist of the United States,<br><br>    Defendant. | Case No. 1:20-cv-00242 |

[Proposed]
ORDER

Upon consideration of Plaintiffs' Unopposed Motion for Extension of Time to Respond to Motion to Intervene, and for good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that any responses to the pending Motion to Intervene (Dkt. 10) shall be filed on or before March 11, 2020.

    **SO ORDERED**.

Dated: _____

                                                                                                 RUDOLPH CONTRERAS
                                                                                                 United States District Judge