AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| VIRGINIA, ILLINOIS, and NEVADA<br>*Plaintiff*<br>v.<br>DAVIS S. FERRIERO<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.   1:20-cv-00242-RC |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Tennessee, Proposed Intervenor-Defendant    .

Date:    02/28/2020

/s/ Andrée S. Blumstein
*Attorney's signature*

Andrée S. Blumstein (TN 009357)
*Printed name and bar number*

Office of Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
*Address*

andree.blumstein@ag.tn.gov
*E-mail address*

(615) 741-3492
*Telephone number*

(615) 741-2009
*FAX number*