AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| VIRGINIA, ILLINOIS, and NEVADA, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-00242-RC |
| DAVID S. FERRIERO, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Alabama, Proposed Intervenor-Defendant

Date:  02/21/2020

*Attorney's signature*

A. Barrett Bowdre - ASB-2087-K29V
*Printed name and bar number*

Office of the Alabama Attorney General
501 Washington Avenue, Montgomery, AL 36104
*Address*

Barrett.Bowdre@AlabamaAG.gov
*E-mail address*

(334) 242-7300
*Telephone number*

(334) 353-8400
*FAX number*