AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| VIRGINIA, ILLINOIS, and NEVADA,<br>*Plaintiff*<br>v.<br>DAVID S. FERRIERO,<br>*Defendant* | )<br>)<br>) Case No.  1:20-cv-00242-RC<br>)<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Alabama, Proposed Intervenor-Defendant

Date: 02/21/2020

*Attorney's signature*

Kelsey J. Curtis - ASB-1216-Z00T
*Printed name and bar number*

Office of the Alabama Attorney General
501 Washington Avenue, Montgomery, AL 36104
*Address*

Kelsey.Curtis@AlabamaAG.gov
*E-mail address*

(334) 242-7300
*Telephone number*

(334) 353-8400
*FAX number*