AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Virginia, Illinois, Nevada | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-00242-RC |
| Ferriero, in his official capacity as Archivist of U.S. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Intervenor-Defendant Alabama                                                     .

Date:   03/04/2020

/s/ Patrick Strawbridge
*Attorney's signature*

Patrick Strawbridge (ME 10024)
*Printed name and bar number*

CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
*Address*

patrick@consovoymccarthy.com
*E-mail address*

(703) 243-9423
*Telephone number*

*FAX number*