UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA, STATE OF ILLINOIS, and STATE OF NEVADA,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID S. FERRIERO, in his official capacity as Archivist of the United States,<br><br>Defendant. | Case No. 1:20-cv-242-RC |

**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT**

I, Michelle S. Kallen, declare as follows:

1. I represent the Commonwealth of Virginia, a plaintiff in this matter. I am a member of the Virginia State Bar and the District of Columbia Bar. I am also registered as a government attorney with the Bar of this Court.

2. I know the facts set forth in this declaration to be true based on my own personal knowledge. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

3. I filed this lawsuit on behalf of the Commonwealth of Virginia on January 30, 2020 (Dkt. No. 1) and obtained a summons issued by the Court to the defendant, David S. Ferriero, in his official capacity as Archivist of the United States, on January 30, 2020 (Dkt. No. 7).

4. I submit this affidavit as proof of service pursuant to Fed. R. Civ. P. 4(l).

1

2

     5.     I certify that the Summons and Complaint were served upon Defendant David S. Ferriero pursuant to Federal Rule of Civil Procedure 4(i). Service was completed as described in the Proof of Service by Certified Mail, attached here as Exhibit A.

Dated: March 4, 2020                                    Respectfully submitted,

By:  */s/ Michelle S. Kallen*
MICHELLE S. KALLEN [1030497]
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-7240 – Telephone
(804) 371-0200 – Facsimile
mkallen@oag.state.va.us

*Attorney for Plaintiff Commonwealth of Virginia*