**EXHIBIT A**

**PROOF OF SERVICE BY CERTIFIED MAIL**

I, Natalia Heguaburo, am over eighteen years old and am not a party to this action. I work as a paralegal for the Office of the Attorney General of Virginia. My business address is 202 North Ninth Street, Richmond, Virginia, 23219.

Pursuant to Federal Rule of Civil Procedure 4(i), on February 12, 2020, I sent copies of the following documents:

(1) Summons in a Civil Action (Dkt. No. 7) and Notice of Right to Consent to Trial Before a United States Magistrate Judge (Dkt. No. 7-1); and

(2) Complaint against David S. Ferriero in his official capacity as Archivist of the United States (Dkt. No. 1)

by way of certified mail, return receipt requested, to the following individuals. The return receipts (attached here) reflect that the documents were delivered on the dates listed below.

Civil Process Clerk – delivered February 20, 2020
United States Attorney's Office for the District of Columbia
555 4th Street, NW
Washington, DC 20001

William Barr, U.S. Attorney General – delivered February 18, 2020
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

David S. Ferriero – delivered February 18, 2020
National Archives and Records Administration
700 Pennsylvania Avenue NW
Washington, DC 20408

David Ferriero – delivered February 18, 2020
National Archivist
3301 Metzerott Road
College Park, Maryland 20740-6001

I declare that I am employed in the office of a government attorney registered with the Bar of this Court at whose direction the service was made.

I further declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on March 4, 2020, at Richmond, Virginia.

*Natalia Heguaburo*
Natalia Heguaburo

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
U.S. Atty Ofc. for D.C.
555 - 4th St NW
WDC 20001

9590 9402 3974 8079 8271 10

2. Article Number (Transfer from service label)

7014 2120 0002 7902 3075

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
FEB 20 2020

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William Barr
US AG
US Dept of Justice
950 Penn Ave NW
WDC 20530-0001

9590 9402 3974 8079 8274 93

2. Article Number (Transfer from service label)

7011 2970 0001 7850 1483

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
FEB 18 2020

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David Ferriero
Nat'l Archives & Records
700 Penn Ave NW
Wash DC 20408

9590 9402 3974 8079 8271 27

2. Article Number (Transfer from service label)

7014 2120 0002 7902 3082

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☑ Agent
☐ Addressee

B. Received by (Printed Name): Laurel McClean
C. Date of Delivery: 2/18/2020

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David Ferriero
College Park, MD

9590 9402 4752 8344 6850 22

2. Article Number (Transfer from service label)

7011 2970 0001 7850 1490

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): [signature]
C. Date of Delivery: 02/18/20

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt