UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMMONWEALTH OF VIRGINIA, STATE OF ILLINOIS, and STATE OF NEVADA,

Plaintiffs,

v.

DAVID S. FERRIERO, in his official capacity as Archivist of the United States,

Defendant.

Case No. 1:20-cv-00242

[Proposed]
**ORDER DENYING MOTION TO INTERVENE**

Upon consideration of Proposed Intervenors' motion to intervene (Dkt. 10), Plaintiffs' opposition memorandum, and any additional responses or replies thereto, it is hereby

**ORDERED** that the motion is **DENIED**.

**SO ORDERED**.

Dated: ______________________

______________________________
RUDOLPH CONTRERAS
United States District Judge

**NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER**

Pursuant to Local Civil Rule 7(k), the following counsel should be notified when this proposed order is entered:

Michelle S. Kallen
Toby J. Heytens
Martine E. Cicconi
Jessica Merry Samuels
Zachary R. Glubiak
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-7240 – Telephone
(804) 371-0200 – Facsimile
mkallen@oag.state.va.us
*Counsel for Plaintiff*
*Commonwealth of Virginia*

Kathryn Hunt Muse
Christopher Wells
Elizabeth Roberson-Young
Office of the Attorney General
100 West Randolph Street
Chicago, Illinois 60601
(312) 814-3000 – Telephone
(312) 814-5024 – Facsimile
kmuse@atg.state.il.us
cwells@atg.state.il.us
erobersonyoung@atg.state.il.us
*Counsel for Plaintiff*
*State of Illinois*

Heidi Parry Stern
Craig A. Newby
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
(775) 684-1100 – Telephone
(775) 684-1108 – Facsimile
HStern@ag.nv.gov
CNewby@ag.nv.gov
*Counsel for Plaintiff*
*State of Nevada*

Vinita Andrapalliyal
Liam Holland
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box No. 883
Benjamin Franklin Station
Washington, DC 20044
(202) 305-0845
Vinita.B.Andrapalliyal@usdoj.gov
Liam.C.Holland@usdoj.gov
*Counsel for Defendant*
*Archivist of the United States*

Edmund G. LaCour Jr.
James W. Davis
A. Barrett Bowdre
Kelsey J. Curtis
Office of the Attorney General
501 Washington Ave.
P.O. Box 300152
Montgomery, AL 36130
(334) 353-2196
edmund.lacour@AlabamaAG.gov
jim.davis@AlabamaAG.gov
barrett.bowdre@AlabamaAG.gov
kelsey.curtis@AlabamaAG.gov
*Counsel for Proposed Intervenor State of Alabama*

Patrick Strawbridge
Consovoy McCarthy PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
(703) 243-9423
patrick@consovoymccarthy.com

Cameron T. Norris
Alexa R. Baltes
Tiffany H. Bates
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com
lexi@consovoymccarthy.com
tiffany@consovoymccarthy.com
*Counsel for Proposed Intervenor State of Alabama*

Elizabeth B. Murrill
Louisiana Department Of Justice
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 326-6766
MurrillE@ag.louisiana.gov
*Counsel for Proposed Intervenor State of Louisiana*

James A. Campbell
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682
jim.campbell@nebraska.gov
*Counsel for Proposed Intervenor State of Nebraska*

Paul S. Swedlund
Office of the Attorney General
1302 East Highway 14, Suite 1
Pierre, South Dakota 57501-8501
605-773-3215
paul.swedlund@state.sd.us
*Counsel for Proposed Intervenor State of South Dakota*

Andrée S. Blumstein
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 741-3492
andree.blumstein@ag.tn.gov
*Counsel for Proposed Intervenor State of Tennessee*