# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA, ILLINOIS, and NEVADA,<br>*Plaintiffs*,<br><br>v.<br><br>DAVID S. FERRIERO, in his official capacity as Archivist of the United States,<br>*Defendant*,<br><br>ALABAMA, LOUISIANA, NEBRASKA, SOUTH DAKOTA, and TENNESSEE,<br>[*Proposed*] *Intervenor-Defendants*, | Case No. 1:20-cv-242-RC |

## NOTICE OF SUPPLEMENTAL AUTHORITY

In opposing the intervention of Alabama, Louisiana, Nebraska, South Dakota, and Tennessee, Plaintiffs ask this Court to withhold judgment on Movants' motion to intervene until the Archivist files his motion to dismiss; only then, Plaintiffs claim, can the Court determine whether the Archivist adequately represents Movants. *See* Opp. (Doc. 21) 1, 4-8. Movants believe this wait-and-see approach is improper, unnecessary, and inefficient. *See* Reply (Doc. 23) 3-9, 18-19. It is even more so now that the Archivist has filed a motion to dismiss in *Equal Means Equal v. Ferriero* (*EME*), No. 1:20-cv-10015 (D. Mass.) (Ex. A)—another case that seeks to force the Archivist to certify the Equal Rights Amendment.

The Archivist's motion to dismiss in *EME* confirms that he does not represent Movants' interests here. Movants want to argue that the ERA cannot be ratified because the constitutional deadline (apart from the congressional deadline) has expired. *See* Mot. (Doc. 10) 12-13; Reply 7-8. But the Archivist does not raise this defense at all in *EME*. Movants also want to argue that the ERA has not been ratified because five States validly rescinded their ratifications. *See* Mot. 12-13; Reply 7-8. But the Archivist does not raise this defense in *EME* either; in fact, he expressly declines to take a position on it, reserves the possibility that he will *agree* with the plaintiffs on it, and claims it's a "political question" that the courts are powerless to resolve. *See* Ex. A 17-18, 29, 21-22. Last, Movants want a

ruling that rejects the three-state strategy on the merits, not a procedural victory that leaves future Archivists free to certify the ERA. *See* Mot. 13; Reply 6. But the Archivist raises a host of procedural defenses in *EME*, including ripeness, the political-question doctrine, and the particularities of mandamus. *See* Ex. A 17-22, 30-33.

Movants are entitled to intervention—both before, and especially after, the Archivist filed his motion to dismiss in *EME*. If the Court agrees and grants intervention relatively soon, Movants can file their dispositive motion on the same (now extended) timeline as the Archivist. *See* Minute Order (Apr. 16, 2020) (giving the Archivist until May 7 to file his motion to dismiss).

Dated: April 17, 2020                                                                 Respectfully submitted,

STEVE MARSHALL
*Attorney General of Alabama*

  /s/ Edmund G. LaCour Jr.                                          /s/ Cameron T. Norris
Edmund G. LaCour Jr.                                                  Patrick Strawbridge
*Solicitor General*                                                          CONSOVOY MCCARTHY PLLC
James W. Davis                                                                Ten Post Office Square
*Deputy Attorney General*                                              8th Floor South PMB #706
A. Barrett Bowdre                                                            Boston, MA 02109
*Deputy Solicitor General*                                              (703) 243-9423
Kelsey J. Curtis                                                                patrick@consovoymccarthy.com
*Assistant Solicitor General*
OFFICE OF THE ALABAMA ATTORNEY GENERAL     Cameron T. Norris
501 Washington Ave.                                                       Alexa R. Baltes
P.O. Box 300152                                                               Tiffany H. Bates
Montgomery, AL 36130                                                  CONSOVOY MCCARTHY PLLC
(334) 353-2196                                                                 1600 Wilson Blvd., Ste. 700
edmund.lacour@AlabamaAG.gov                               Arlington, VA 22209
jim.davis@AlabamaAG.gov                                          (703) 243-9423
barrett.bowdre@AlabamaAG.gov                              cam@consovoymccarthy.com
kelsey.curtis@AlabamaAG.gov                                  lexi@consovoymccarthy.com
                                                                                        tiffany@consovoymccarthy.com

JEFF LANDRY
*Attorney General of Louisiana*

*/s/ Elizabeth B. Murrill*
Elizabeth B. Murrill
*Solicitor General of Louisiana*
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 326-6766
MurrillE@ag.louisiana.gov

JASON RAVNSBORG
*Attorney General of South Dakota*

*/s/ Paul S. Swedlund*
Paul S. Swedlund
*Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF SOUTH DAKOTA
1302 East Highway 14, Suite 1
Pierre, South Dakota 57501-8501
605-773-3215
paul.swedlund@state.sd.us

DOUGLAS J. PETERSON
*Attorney General of Nebraska*

*/s/ James A. Campbell*
James A. Campbell
*Solicitor General*
OFFICE OF THE ATTORNEY GENERAL OF NEBRASKA
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682
jim.campbell@nebraska.gov

HERBERT H. SLATERY III
*Attorney General and Reporter of Tennessee*

*/s/ Andrée S. Blumstein*
Andrée S. Blumstein
*Solicitor General*
OFFICE OF THE TENNESSEE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202
(615) 741-3492
andree.blumstein@ag.tn.gov

**CERTIFICATE OF SERVICE**

I filed this notice with the Court via ECF, which will notify all counsel.

Dated: April 17, 2020

*/s/ Cameron T. Norris*