UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:20-cv-00242 (RC) ) |
| DAVID S. FERRIERO, in his official capacity as the Archivist of the United States, | ) ) ) ) ) |
| Defendant. | |

### DEFENDANT'S MOTION TO DISMISS

In accordance with Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant David S. Ferriero, in his official capacity as Archivist of the United States, respectfully moves to dismiss Plaintiff's Complaint. In support of this Motion, Defendant respectfully refers the Court to the attached Memorandum of Support and Proposed Order.

Dated: May 7, 2020						Respectfully submitted,

							JOSEPH H. HUNT
							Assistant Attorney General

							DAVID M. MORRELL
							Deputy Assistant Attorney General

							JOHN R. GRIFFITHS
							Director

							ERIC R. WOMACK
							Assistant Branch Director
							Civil Division

							/s/ *Vinita B. Andrapalliyal*
							VINITA B. ANDRAPALLIYAL
							(*Admitted in New York*)
							LIAM C. HOLLAND
							(*Admitted in New York*)
							Trial Attorneys
							United States Department of Justice
							Civil Division, Federal Programs Branch
							P.O. Box No. 883, Ben Franklin Station
							Washington, DC 20044
							Phone: (202) 305-0845
							Fax: (202) 616-8470
							E-mail: Vinita.b.andrapalliyal@usdoj.gov

							*Attorneys for Defendant*