**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| COMMONWEALTH OF VIRGINIA, *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 20-242 (RC) |
| | : | | |
| v. | : | Re Document No.: | 10 |
| | : | | |
| DAVID S. FERRIERO, *in his official capacity* | : | | |
| *as Archivist of the United States*, | : | | |
| | : | | |
| Defendant. | : | | |

# ORDER

## GRANTING MOVANTS' MOTION TO INTERVENE

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, the motion to intervene by Movants Alabama, Louisiana, Nebraska, South Dakota, and Tennessee (ECF No. 10) is **GRANTED**. It is hereby:

**ORDERED** that the caption in this case is amended to reflect the same; and it is

**FURTHER ORDERED** that Movants' proposed answer attached to their motion to intervene (ECF No. 10-1) is hereby accepted as filed.

**SO ORDERED**.

Dated: June 12, 2020

RUDOLPH CONTRERAS
United States District Judge