# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA, *et al.*,<br><br>         Plaintiffs,<br><br>    v.<br><br>DAVID S. FERRIERO, in his official capacity as the Archivist of the United States,<br><br>         Defendant,<br><br>ALABAMA, LOUISIANA, NEBRASKA,<br>SOUTH DAKOTA, and TENNESSEE,<br><br>         Intervenor-Defendants. | No. 1:20-cv-00242 (RC) |

## CONSENT MOTION FOR LEAVE TO FILE BRIEF OF BUSINESS AND CORPORATE ENTITIES AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFF STATES

For the reasons stated in their attached Memorandum of Points and Authorities in Support of their Motion for Leave, *amici curiae*, a diverse group of companies whose businesses span the breadth of the U.S. economy, by their attorneys, respectfully ask the Court to grant them leave to file an amicus brief in support of Plaintiffs' Opposition to Defendant's Motion to Dismiss pursuant to Local Civil Rule 7(o). Names of the amici are provided in Exhibit 1 to Appendix A. *Amici* have conferred with counsel for all Parties. The Parties do not object to the filing of this brief.

Dated: June 29, 2020

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>By: /s/ Loretta E. Lynch<br>Loretta E. Lynch*<br>Liza M. Velazquez*<br>Andrew G. Gordon*<br>Tamar Holoshitz* | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>By: /s/ Jeannie S. Rhee<br>Jeannie S. Rhee (DC Bar No. 464127)<br>Benjamin Z. Bergmann* |
| 1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>lelynch@paulweiss.com<br>lvelazquez@paulweiss.com<br>agordon@paulweiss.com<br>tholoshitz@paulweiss.com | 2001 K Street, NW<br>Washington, DC 20006-1047<br>Telephone: (202) 223-7300<br>Facsimile: (202) 330-5012<br>jrhee@paulweiss.com<br>bbergmann@paulweiss.co |
| VULLO ADVISORY SERVICES, PLLC<br>By: /s/ Maria T. Vullo<br>Maria T. Vullo* | LEGRAND LAW PLLC<br>By: /s/ Rebecca S. LeGrand<br>Rebecca S. LeGrand (DC Bar No. 493918) |
| 477 Madison Avenue, Sixth Floor<br>New York, N.Y. 10022<br>Telephone: (347) 474-7280<br>mvullo@vulloadvisory.com | 1100 H St. NW, Suite 1220<br>Washington, DC 20005<br>Telephone: (202) 587-2838<br>rebecca@legrandpllc.com |

*Counsel for Amici Curiae*
(*Applications for *Pro Hac Vice* Admission Forthcoming)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA, *et al.*,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>DAVID S. FERRIERO, in his official capacity as the Archivist of the United States,<br><br>　　　　　　　　　　　　Defendant,<br><br>ALABAMA, LOUISIANA, NEBRASKA,<br>SOUTH DAKOTA, and TENNESSEE,<br><br>　　　　　　　　　　　　Intervenor-Defendants. | No. 1:20-cv-00242 (RC) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR LEAVE TO FILE BRIEF OF BUSINESS AND CORPORATE ENTITIES AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFF STATES

*Amici curiae*, a diverse group of companies whose businesses span the breadth of the U.S. economy (collectively, "*amici*"),[1] hereby respectfully submit this Memorandum of Points and Authorities in Support of their Consent Motion for Leave to File an Amicus Curiae Brief under Local Civil Rule 7(o). A copy of the proposed brief is attached as Appendix A to this Motion.

---

[1] Names of the *amici* are provided in Exhibit 1 to Appendix A.

1

## I.     Identity and Interest of the *Amici Curiae*

*Amici curiae* are a group of companies whose businesses span the breadth of the U.S. economy. Although *amici* represent diverse commercial interests, they are united in their support of gender equality and opposition to Defendant's motion to dismiss. As entities that apply diversity and inclusion principles in the business setting every day, *amici* bring a unique perspective regarding the economic and other benefits of the Equal Rights Amendment.

*Amici* recognize that diversity in the workplace drives business performance and that a workforce that includes employees with different backgrounds and life experiences is essential for any business operating in a global economy and multicultural society. *Amici* support the recently ratified Equal Rights Amendment because *amici* believe that eliminating the systemic barriers that continue to impede women's economic and social advancement will result in a more just, vibrant, and productive America. *Amici* understand that the socioeconomic and legal challenges facing women due to gender inequality directly impact businesses in their efforts to recruit and retain women employees and access new markets, making it harder for American businesses to succeed.

## II.     Reasons That Consent Motion Should Be Granted

District courts have discretion to allow *amici curiae*. See *Nat'l Ass'n of Home Builders* v. *U.S. Army Corps of Eng'rs*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007). Courts have permitted parties to file amicus briefs where the brief will assist the judges by presenting ideas, arguments, theories, insights, facts, or data that are not to be found in the parties' briefs. *In re Search of Info. Associated with [Redacted]@Mac.com That Is Stored at Premises Controlled by Apple, Inc.*, 13 F. Supp. 3d 157, 167 (D.D.C. 2014) (internal quotation marks and citation omitted). Courts have also granted proposed *amici* permission to file briefs where "the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Jin* v. *Ministry of State Sec'y*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008).

The Court should exercise its discretion to permit proposed *amici* to file the amicus brief attached hereto as Appendix A. In a highly competitive global marketplace, the proposed *amici* have a strong interest in ensuring that women are able to fully participate in the economy, both as employees and consumers. The proposed *amici* will draw upon their expertise and experience to provide insight and perspective that the parties are unable to address about the impact of women in the economy that is highly relevant to the issues presented in this case. *Amici*, for

3

example, specifically address the need for a uniform federal judicial standard to protect women's rights, which will enhance the global competitive edge of *amici* and similar large employers, and in turn benefit Plaintiff States. Accordingly, *amici* respectfully submit that their experience and perspective will assist the Court in resolving the defendant's motion to dismiss.

### III. Conclusion

For these reasons, the companies listed in Exhibit 1 to Appendix A respectfully request that the Court grant them leave to file the *amicus curiae* brief attached as Appendix A.

Dated:  June 29, 2020

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| By: /s/ Loretta E. Lynch | By: /s/ Jeannie S. Rhee |
| Loretta E. Lynch* | Jeannie S. Rhee (DC Bar No. 464127) |
| Liza M. Velazquez* | Benjamin Z. Bergmann* |
| Andrew G. Gordon* | |
| Tamar Holoshitz* | |
| | |
| 1285 Avenue of the Americas | 2001 K Street, NW |
| New York, NY 10019-6064 | Washington, DC 20006-1047 |
| Telephone: (212) 373-3000 | Telephone: (202) 223-7300 |
| Facsimile: (212) 757-3990 | Facsimile: (202) 330-5012 |
| lelynch@paulweiss.com | jrhee@paulweiss.com |
| lvelazquez@paulweiss.com | |

agordon@paulweiss.com  bbergmann@paulweiss.co
tholoshitz@paulweiss.com

VULLO ADVISORY SERVICES, PLLC  LEGRAND LAW PLLC
By: /s/ Maria T. Vullo  By: /s/ Rebecca S. LeGrand
Maria T. Vullo*  Rebecca S. LeGrand (DC Bar No. 493918)

477 Madison Avenue, Sixth Floor  1100 H St. NW, Suite 1220
New York, N.Y. 10022  Washington, DC 20005
Telephone: (347) 474-7280  Telephone: (202) 587-2838
mvullo@vulloadvisory.com  rebecca@legrandpllc.com

*Counsel for Amici Curiae*
(\*Applications for *Pro Hac Vice* Admission Forthcoming)

5

## **CERTIFICATE OF SERVICE**

Pursuant to LCvR 5.3, I hereby certify that, on June 29, 2020, I caused to be electronically filed a copy of the foregoing Consent Motion for Leave to File Brief of Business and Corporate Entities and Memorandum of Points and Authorities in Support of *Amici Curiae*'s Consent Motion for Leave to File Brief of Business and Corporate Entities as *Amici Curiae* in Support of Plaintiff States using the Court's CM/ECF system, and service was effected electronically pursuant to LCvR 5.4(d) to all counsel of record.

Dated: June 29, 2020

By: /s/ Jeannie S. Rhee
Jeannie S. Rhee (DC Bar No. 464127)