UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIRGINIA, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | )   Case No. 1:20-cv-242-RC |
| v. | ) |
| | ) |
| DAVID S. FERRIERO, in his official capacity | ) |
| as Archivist of the  United States | ) |
| | ) |
| Defendant. | ) |
| | ) |

**CONSENT MOTION OF THE ERA COALITION AND ADVOCATES IN
THE WOMEN'S MOVEMENT FOR LEAVE TO FILE BRIEF AMICI
CURIAE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

The ERA Coalition and advocates in the women's movement (collectively, "Amici")

seek leave from the Court to file the attached brief amici curiae in support of Plaintiffs' response

to Defendant's Motion to Dismiss.  *See* DC LCvR 7(o); *see also* Fed. R. App. P. 29(a).

Amici join Plaintiffs in asking this Court to deny Defendant's Motion and hold that a

time limit imposed unilaterally by Congress cannot override the will of citizens in the thirty-eight

states that have ratified the Equal Rights Amendment ("ERA").  Amici submit the attached brief

to explain how the painfully slow progress toward women's equality underscores the importance

of adhering to the plain text of Article V, which states that an amendment "shall be valid to all

intents and purposes, as part of this Constitution, when ratified by the legislatures of three

fourths of the several states."  The attached brief also provides insight into the persistent

inequality faced by women today, demonstrating that the ERA remains as relevant and essential

as it was when it was drafted in 1923 and passed by Congress in 1972.

All parties consent to this Motion and to the filing of the attached brief amici curiae.  This Motion was timely filed, and consideration of Amici's brief will not unduly delay this Court's ability to rule on Defendant's Motion to Dismiss.  DC LCvR 7(o)(2).

## INTRODUCTION AND STATEMENT OF INTEREST

Plaintiffs brought this case to require the Archivist to publish the ERA as an amendment to the U.S. Constitution.  Defendant's Motion to Dismiss concerns, in part, whether the plain language of Article V—which establishes a process for amending our Constitution that does not contemplate any time limits—can be circumvented by Congress despite sufficient ratification by the States.

Amici are a broad group of organizations that advocate for equality and opportunity for women and work to eliminate sex-based discrimination and violence:

Alice Paul Institute (API)
American Association of University Women (AAUW)
Association of Flight Attendants-CWA (AFA-CWA)
Arizona NOW
Black Women's Roundtable (BWR)
Dolores Huerta Foundation
Domestic Violence Legal Empowerment and Appeals Project (DV LEAP)
Downtown Women for Change
Equal Rights Amendment North Carolina Alliance (ERA-NC Alliance)
Equality Utah
ERA Coalition
ERA Minnesota
ERA Task Force AZ
Feminist Majority Foundation
Fund for Women's Equality (FFWE)
Gender Justice
General Federation of Women's Clubs (GFWC)
Hadassah, the Women's Zionist Organization of America, Inc.
Justice Revival
League of Women Voters of the United States
Legal Momentum
Michigan Federation of Business and Professional Women's Clubs, Inc.
Michigan ERAmerica
Mormons for ERA

National Alliance to End Sexual Violence (NAESV)
National Association of Commissions for Women (NACW)
National Association of Social Workers (NASW)
National Association of Women Lawyers (NAWL)
National Congress of Black Women, Inc.
National Council of Jewish Women, Inc.
National Federation of Business and Professional Women's Clubs
National Immigrant Women's Advocacy Project, Inc. (NIWAP)
National Organization for Women (NOW)
National Women's Political Caucus (NWPC)
National Women's Political Caucus Foundation
Oklahoma Women's Coalition
Project 28 MO
Rethinking Eve LLC
Service Women's Action Network (SWAN)
Sisters of Loretto - Loretto Community
Sisters of St. Joseph of Carondelet Area
TIME'S UP Foundation
Union Theological Seminary in the City of New York
United 4 Equality, LLC
Utah ERA Coalition
Voto Latino
Women's Equality Coalition
Women's Health and Reproductive Rights
Women's Law Project (WLP)
Women Lawyers on Guard Inc. (WLG)
Women's Media Center
YWCA USA

As proponents for gender equality and the advancement of women's interests, Amici's work and members will be significantly impacted by recognition of the ERA.  The statements of interest for each organization are included in an appendix to this motion.

No person other than the above-described Amici and their counsel have authored the brief in whole or in part, or contributed money intended to fund the preparation or submission of the attached brief.

## ARGUMENT

A district court has broad discretion to decide whether to permit the filing of an amicus brief.  *See Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 136 (D.D.C. 2008).  As a general

rule, an amicus brief should be allowed if it will assist the judge "by presenting ideas, arguments, theories, insights, facts or data that are not to be found in the parties' briefs." *Mashpee Wampanoag Tribe v. Bernhardt*, 2020 WL 2615523, at *1 (D.D.C. May 22, 2020) (quoting *Voices for Choices v. Ill. Bell Telephone Co.*, 339 F.3d 542, 545 (7th Cir. 2003)).  Consistent with the requirements of Fed. R. App. P. 29(a)(3), Local Rule 7(o)(2) requires that a motion for leave to file an amicus brief "set forth the reasons why an amicus brief is desirable, why the movant's position is not adequately represented by a party, and why the matters asserted are relevant to the disposition of the case."  Where a motion for leave to file an amicus brief will be ruled upon at an early stage of the case, before the Court decides the merits of the underlying issue, "it is preferable to err on the side of granting leave" to avoid depriving the Court of a "resource that might have been of assistance."  *Neonatology Assoc., P.A. v. Comm'r Internal Revenue*, 293 F.3d 128, 133 (3d Cir. 2002) (Alito, J.).

## I.      Accepting the proposed brief would be desirable and helpful to the Court.

Courts in this district have found amicus briefs desirable in circumstances like these, where amici have "special interest in this litigation [and] familiarity and knowledge of the issues raised therein." *Ellsworth Assocs. v. United States*, 917 F. Supp. 841, 846 (D.D.C. 1996).  This remains true even when a party is "very well represented," because the proposed brief may "collect background or factual references that merit judicial notice." *Neonatology Assoc.*, 293 F.3d at 132 (quoting Luther T. Munford, *When Does the Curiae Need An Amicus?*, 1 J. App. Prac. & Process 279 (1999)).  That is the case here.  Amici are organizations that have worked toward the advancement of women's equality for many years—in some instances, for many decades—and are uniquely positioned to understand and report on the history of the fight for equality and the persistent inequality that continues to this day.  The proposed brief draws on the

collective experience of Amici and is intended to provide the Court with the necessary background and perspective to inform its ruling.

Further, "given the broad nature of the relief at issue in . . . this litigation, it does not seem unreasonable for the Court to consider the potential impact that such relief might have on [amici]." *Cobell v. Norton*, 246 F. Supp. 2d 59, 62 (D.D.C. 2003). Dismissing this case would significantly impact Amici and their members. Amici have devoted significant resources to effect equality for its members and beneficiaries, including working toward ratifying the ERA. A favorable resolution of the legal issues before the Court would greatly advance the efforts of Amici in their fight for equality and would enable them to refocus their efforts and work.

## II.     The proposed brief provides relevant information not adequately covered by the parties or other amici.

The proposed brief does not simply repeat the arguments presented by the parties. It describes the efforts made by generations of Americans toward achieving constitutional equality for women, as well as the inequalities that persist today. The attached brief provides a perspective different from those offered by the parties and other proposed amici, who will be focusing on other issues and perspectives.

## III.    The information provided by the proposed brief is relevant to the Court's decision on the present Motion to Dismiss.

The proposed brief will provide the Court with the necessary context to make its decision on the pending motion to dismiss. It provides an overview of the status of women at the Founding—a time in which the widespread belief in women's inferiority led to their exclusion from the political process. The brief goes on to explain that even when women's suffrage was finally achieved, advocates realized it was insufficient to ensure women's equality. The brief next follows the history of the ERA, from its first introduction in 1923, through 1944 when both Republican and Democratic parties added endorsements of the ERA to their party platforms, to

its ultimate passage in Congress with overwhelming bipartisan support in 1972.  Finally, the brief describes the persistent inequality women continue to face today—in employment and military service, as well as in matters of safety, domestic violence, sexual violence, and harassment.

As the proposed brief demonstrates, the painfully slow progress of equality makes it particularly important in this context to respect the plain language of Article V, which establishes a process for amendment that does not contemplate time limits.  For this reason, before this Court resolves Defendant's motion to dismiss, it should have the benefit of a full understanding of the history of the fight for constitutional equality, as well as the persistent inequality that affects women today.  In this regard, the proposed brief presents "ideas, arguments, theories, insights, facts or data that are not to be found in the parties' briefs" but are nevertheless relevant to the Court's decision.  *Mashpee Wampanoag Tribe*, 2020 WL 2615523, at *1.

## CONCLUSION

For the reasons described above, Amici respectfully request that the Court grant their unopposed motion for leave to file the attached brief *amici curiae*.

Dated:  June 30, 2020

Respectfully submitted,

/s/ Christopher Man

Linda T. Coberly
(pro hac vice pending)
Linda A. Greene
Courtney S. Block
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
312-558-5600
312-558-5700 (fax)
lcoberly@winston.com

Johanna Rae Hudgens
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
212-294-6700
212-294-4700 (fax)
jhudgens@winston.com

Christopher Man (Bar No. 453553)
WINSTON & STRAWN LLP
1901 L Street NW
Washington, D.C. 20036
202-282-5000
202-282-5100 (fax)
cman@winston.com

## APPENDIX

## STATEMENTS OF INTEREST BY AMICI

**The Alice Paul Institute (API)** educates the public about the life and work of leading equal rights activist Alice Stokes Paul (1885–1977), a major force in the ratification of the Nineteenth Amendment and the author of the Equal Rights Amendment.  API offers leadership development workshops for teen girls, as well as civic engagement programs for women and men of all ages that connect history to contemporary events and issues.  It is dedicated to continuing Alice Paul's work toward the single cause of securing lasting and legally protected equal rights for all.

**American Association of University Women (AAUW)** was founded in 1881 by like-minded women who had challenged society's conventions by earning college degrees.  Since then, it has worked to increase women's access to higher education through research, advocacy, and philanthropy.  Today, AAUW has more than 170,000 members and supporters, 1,000 branches, and 800 college and university partners nationwide.  To guarantee equality, individual rights, and social justice for a diverse and inclusive society, AAUW advocates for passage and ratification of the Equal Rights Amendment.

**The Association of Flight Attendants-CWA, AFL-CIO (AFA-CWA)** is a labor organization that represents over 50,000 flight attendants on 19 airlines to advance the profession and enhance air safety both in the airline industry and on Capitol Hill.  AFA-CWA has also led the fight for gender equality in the workplace.  For decades, official airline policy prohibited women who were married, pregnant, or more than 30 years old (and all men) from employment as flight attendants.  Through aggressive legal fights and advocacy, AFA-CWA successfully eliminated those discriminatory policies and negotiated non-discriminatory protections in all its

collective bargaining agreements.  AWA-CWA members fully support the implementation of the now-ratified ERA to finally guarantee sex equality in America.

**Arizona NOW** was first organized in the 1970s and consists of four active chapters and thousands of members across the State of Arizona.  While the chapters focus on local issues, the state organization focuses on a legislative watch, state conference, and a PAC that endorses and supports equality candidates.  Arizona NOW has six areas of focus: ending domestic violence and racism, and supporting LGBT rights, economic justice, reproductive rights, and constitutional equality, including passing the Equal Rights Amendment.

**The Black Women's Roundtable (BWR)** is a program of The National Coalition on Black Civic Participation. The BWR is an intergenerational civic engagement network that advocates for just and equitable public policy that promotes the health and wellness, economic security, education, and global empowerment of Black women.

**The Dolores Huerta Foundation** is a community benefit organization that recruits, trains, organizes, and empowers grassroots leaders in low-income communities to attain social justice through systemic and structural transformation. Among other things, the Foundation hires and trains full-time organizers who form neighborhood organizations, focused in particular on rural agricultural communities in California.  The residents of these communities are primarily Latinx, immigrants, and low-income. The Foundation bears the name of its president Dolores Huerta, the labor leader and civil rights activist.

**The Domestic Violence Legal Empowerment and Appeals Project (DV LEAP)** is a national non-profit organization that makes the law work for family violence survivors through expert appellate advocacy, technical training, and policy initiatives.  Working in partnership with a network of law firms, DV LEAP provides survivors across the country with pro bono appellate

representation to fight unjust trial outcomes and protect their rights.  DV LEAP also files amicus briefs in state and federal courts, including many briefs in the U.S. Supreme Court, to advance judicial understanding of the law's significant implications for survivors.

**Downtown Women for Change** is a grassroots organization founded by New York women committed to preserving and advancing women's rights, supporting women and girls in the United States, and working to elect progressive, pro-choice women and allies to political office.

**The Equal Rights Amendment North Carolina Alliance (ERA-NC Alliance)** is a grassroots advocacy group of leading women's organizations across the State of North Carolina who prioritize ratification of the ERA to guarantee equal rights under the law without regard to sex.  The Alliance has thirteen Lead Organizations, including AAUW NC, Business & Professional Women of NC, NC4ERA, NC NOW, Ratify ERA-NC, Women AdvaNCe, Women's Forum, WomenNC, and YWCA of Asheville.  The Alliance strives to educate the public and lawmakers as a non-partisan, non-profit organization.

**Equality Utah** was founded in 2004 by a group of visionary members of the Utah lesbian, gay, bisexual, transgender, and queer (LGBTQ) community with a vision of a fair and just Utah.  Today, Equality Utah's mission is to secure equal rights and protections for LGBTQ Utahns and their families.

**The ERA Coalition** promotes legal and lived equality for women and girls in the United States by working for the passage and ratification of an Equal Rights Amendment.  Comprised of more than one hundred organizations across the country, the ERA Coalition advocates for and educates on the need for constitutional equality.

**ERA Minnesota**, founded in 2014, is an organization of thousands of advocates and many organizations across the State of Minnesota dedicated to making an Equal Rights Amendment part of our state & national constitutions.  To that end, ERA Minnesota educates, agitates, and organizes through direct action, social media, events, and presentations throughout the State and Nation to ensure justice and equality for all.

**ERA Task Force AZ** was founded in 2016 to advocate for the ratification of the ERA in Arizona by increasing public awareness, engaging in widespread education, organizing at the grassroots level, and lobbying state legislators to vote for the ERA.  ERA Task Force AZ has a broad coalition encompassing many different groups and individual who share the goal of ratifying the ERA and who work for equality for all.

**The Feminist Majority Foundation** was created to advance women's equality and, most importantly, the empowerment of women and girls in all sectors of society.  The Feminist Majority Foundation, led by Eleanor Smeal, has advocated and worked for the ratification of the Equal Rights Amendment to the U.S. Constitution for decades.

**The Fund for Women's Equality** promotes legal and lived equality for women in the United States by increasing public understanding of the need for comprehensive, fair, and equal treatment of women and girls under the law and the need to end sex inequality in all its forms.

**Gender Justice** is a nonprofit legal and policy advocacy organization based in the Midwest that is committed to advancing gender equity through the law.  It uses impact litigation, policy advocacy, and education to achieve its goals.  As part of its litigation program, Gender Justice represents individuals and provides legal advocacy as amicus curiae in cases involving issues of gender discrimination.  Gender Justice is committed to ensuring that discrimination based on sex is constitutionally prohibited.

**The General Federation of Women's Clubs (GFWC)** is an international women's organization dedicated to community improvement by enhancing the lives of others through volunteer service. By Living the Volunteer Spirit, GFWC clubwomen transform lives each day, through monetary donations and hands-on tangible projects that provide immediate impact. With nearly 80,000 members in affiliated clubs in every State, the District of Columbia, and more than a dozen countries, GFWC members work in their own communities to support the arts, preserve natural resources, advance education, promote healthy lifestyles, encourage civic involvement, and promote domestic violence awareness and prevention.

**Hadassah, the Women's Zionist Organization of America, Inc.,** founded in 1912, is the largest Jewish women's organization in the United States, with over 300,000 members, associates, and supporters nationwide. While traditionally known for its role in developing and supporting health care and other initiatives in Israel, Hadassah has a proud history of advocating for the rights of women and the Jewish community in the United States. Hadassah strongly supports the ERA and all efforts to eliminate discrimination and promote equality and security for women.

**Justice Revival** is a diverse, inclusive, Christian non-profit with a mission of inspiring, educating, and mobilizing U.S. faith communities to support the human rights of all people, with special attention to those marginalized based on gender or race. Its ecumenical constituency includes residents across the United States from a wide range of Christian traditions, who are united in a shared commitment to justice and equality as core religious values.

**The League of Women Voters of the United States** is a nonpartisan, community-based organization that encourages informed and active participation of citizens in government and influences public policy through education and advocacy. Founded in 1920 as an outgrowth of

the struggle to win voting rights for women, the League is organized in over 760 communities and every congressional district in the United States, with more than 400,000 members and supporters nationwide.  The League's mission is to empower voters, defend democracy, and promote an open governmental system that is representative, accountable, and responsive. National and state Leagues have been leaders in pushing for ratification of the Equal Rights Amendment at the state, local, and federal levels since the Amendment was introduced.

**Legal Momentum**, the Women's Legal Defense and Education Fund, is the oldest civil rights organization in the country dedicated to advancing the rights of women and girls.  For 50 years, Legal Momentum has worked to achieve gender equality through impact litigation, policy advocacy, and education.  Legal Momentum has a particular focus on sexual violence and the intersection of domestic violence and sexual assault, and was the leading advocate for the landmark Violence Against Women Act.

**The Michigan Federation of Business and Professional Women's Clubs, Inc.** is an organization based in Michigan that aims to achieve equity for all women in the workplace through advocacy, education, and information.  The organization educates women on current issues facing women, including topics such as human trafficking, personal development, pay equity, and the ERA.

**Michigan ERAmerica** is a coalition of organizations and individuals founded in 1976 following the first of three attempts by ERA opponents to rescind Michigan's ratification of the Equal Rights Amendment.  The coalition's sole purpose is to gain ratification of a federal Equal Rights Amendment by protecting Michigan's ratification, educating the public to the benefits of constitutional equality, and aiding ratification efforts in non-ratified states. Since its founding, Michigan ERAmerica has made monetary contributions to ERA ratification efforts in non-

ratified States.  Its most recent contributions were made to efforts in Arizona, Illinois, North Carolina, and Virginia.

**Mormons for ERA** is a national organization of individuals who came together because of a shared history and common community from the Church of Jesus Christ of Latter-Day Saints and a shared goal to ratify the Equal Rights Amendment.  Mormons for ERA believe that All Are Alike Unto God, regardless of sex.

**The National Alliance to End Sexual Violence (NAESV)** is the voice in Washington for the 56 state and territorial sexual assault coalitions and 1500 rape crisis centers working to end sexual violence and support survivors.  The rape crisis centers in NAESV's network see every day the widespread and devastating impacts of sexual assault upon survivors.  NAESV works to ensure that all survivors of sexual violence have access to the full range of services and advocates for sexual violence prevention in communities.  NAESV's work to prevent sexual violence is inextricably linked to the rights and equality of women and girls.

**The National Association of Commissions for Women (NACW)** has a mission to sustain, strengthen, and advocate for women's commissions in their work to promote equality and justice for all women and girls and ensure they are represented and empowered in their communities.  NACW provides valuable programs, meaningful activities, relevant resources, and available expertise to its members.

**The National Association of Social Workers (NASW)** is the largest association of professional social workers in the United States, with 110,000 members in 55 chapters.  NASW promulgates professional policies, conducts research, publishes professional studies and books, provides continuing education, and enforces the NASW Code of Ethics.  With its long-standing commitment to the elimination of all forms of discrimination against women, NASW recognizes

the wide range of issues that affect women and is committed to advancing policies and practices to improve the status and well-being of all women through an intersectional gender lens that addresses the inequalities women face.

**The National Association of Women Lawyers (NAWL)** provides leadership, a collective voice, and essential resources to advance women in the legal profession and advocate for the equality of women under the law.  Since 1899, NAWL has been empowering women in the legal profession, cultivating a diverse membership dedicated to equality, mutual support, and collective success.  NAWL was one of the first national organizations to endorse the ERA and was present for its first reading and presentation at the National Women's Conference in 1923. Aiding in the passage of the ERA directly serves NAWL's mission to advocate for equality of women under the law by guaranteeing women equal rights and equal protection after nearly a century of activism.

**The National Congress of Black Women, Inc.** is a public service organization that works for the benefit of women and their families, specifically in the areas of education, civil and human rights, healthcare, eliminating voter suppression, expanding voter protections, fighting domestic violence, and expanding rights for women.  The Congress has long advocated for the addition of the Equal Rights Amendment to the U.S. Constitution.

**The National Council of Jewish Women (NCJW)** is a grassroots organization of more than 90,000 volunteers and advocates who turn progressive ideals into action.  Inspired by Jewish values, NCJW strives for social justice by improving the quality of life for women, children, and families and by safeguarding individual rights and freedoms.  NCJW's Principles and Resolutions call for it to work toward "[r]epresentation, participation, and involvement of women in all aspects of the democratic process."

**The National Federation of Business and Professional Women's Clubs** was organized in 1919 to develop the business, professional, and leadership potential of women on all levels through education, advocacy, networking, mentoring, skill building, and economic empowerment programs and projects. The Federation is a member-based organization affiliated with the International Business and Professional Women's Clubs and includes clubs in California, Colorado, New York, Arizona, Florida, Texas, North Carolina, Illinois, and Pennsylvania, as well as a Virtual Club. The Federation is committed to equal rights for women and girls and has supported the Equal Rights Amendment since the 1930s.

**The National Immigrant Women's Advocacy Project, Inc. (NIWAP)** is a non-profit training, technical assistance, and public policy advocacy organization that develops, reforms, and promotes the implementation and use of laws and policies that improve legal rights, services, and assistance available to help immigrant women and children who are victims of domestic violence, sexual assault, stalking, child abuse, human trafficking, and other crimes. NIWAP is a national resource center offering technical assistance and training at the federal, state, and local levels to assist a wide range of professionals who work with immigrant crime victims and/or whose work affects these victims and to assist professionals in law enforcement and the justice system. NIWAP and its Director, Leslye E. Orloff, have published legal and social science research articles about the domestic violence committed against immigrant women and children.

**The National Organization for Women** is the largest grassroots activist feminist organization in the United States and is committed to advancing equal social, economic, and political rights for all women. For more than a half century, NOW has worked tirelessly to make the ERA part of the U.S. Constitution. It deployed thousands of activists in nearly every State to educate state legislatures about the need for an ERA and urge its ratification. In 1978, NOW and

others successfully lobbied Congress to extend the period for the ERA's ratification.  NOW continues to educate the public, the media, and elected officials throughout the United States about the continuing and growing need for the protections that the ERA will guarantee women and to press the legislatures of even more States to ensure that the ERA becomes enshrined in the Constitution.

**The National Women's Political Caucus (NWPC)** is the earliest multi-partisan, grassroots organization dedicated to increasing women's participation in the political process in the United States.  Founded in 1971, the NWPC identifies, recruits, trains, and supports feminist women for election and appointment to public office.  In addition to financial contributions, the Caucus offers campaign training for candidates and campaign managers, as well as technical assistance and advice.  State and local chapters provide support to candidates running at state and local levels by helping raise money and providing crucial hands-on volunteer assistance.

**The National Women's Political Caucus Foundation** is a 501(c)(3) non-profit founded in 2012 for the purpose of building a long-term endowment fund to provide an ongoing and reliable source of funding, through yearly grants, to assist the National Caucus and its state and local affiliate chapters with leadership development, education, training, member outreach, and research projects that promote political equality for women.

**Oklahoma Women's Coalition** works to champion the collective power of Oklahomans to advance gender equity and justice, dismantling systemic injustice through policy change, advocacy, and education.  The Coalition honors and amplifies the voices most affected by, and often excluded from, decision and policy-making conversations.  It works to achieve a socially just and equitable world where everyone has an equal opportunity to flourish and to achieve the full potential for individuals and community.

**Project 28 MO** is a Kansas City-area organization with the mission of making the ERA the 28th Amendment to the U.S. Constitution.  The organization educates and lobbies Missouri state legislators, as well as the legislators who represent Kansas and Missouri in Congress. Project 28 MO leads a Missouri ERA advocate network of statewide and city chapters and organizations that support ratification of the ERA.

**Rethinking Eve LLC** was created in 2014 to elevate women to legal equality with men. Its initial phase has been activism in support of ratification of the Equal Rights Amendment.  The second phase is to bring awareness to how the system is gamed to dishonor and disrespect women and the feminine. The third phase is to help reimagine societies where the masculine and feminine are in balance.

**Service Women's Action Network (SWAN)** was founded in 2007 by women veterans. It is a member-driven organization advocating for the individual and collective needs of service women past, present, and future.  SWAN is dedicated to ensuring that all service women receive the opportunities, protections, benefits, and respect they deserve during and following their years of service.

**The Sisters of Loretto - Loretto Community** is a religious community founded in Kentucky in 1812 by three women who recognized the need of children in the area for education and religious formation.  They were assisted in this effort by Rev. Charles Nerinckx, a Belgian missionary priest, but were not affiliated with any European foundation and have been recognized as the first American foundation of religious women.  In 1979, at its Annual Assembly, the Loretto Community went on record as endorsing the Equal Rights Amendment to the U.S. Constitution and gladly joins in this latest effort to secure its ratification.

**The Sisters of St. Joseph of Carondelet Area** are a congregation of religious women based in St. Louis, Missouri.  The congregation has sisters across the United States, in Japan, and in Peru.  The sisters dedicate their lives to bringing Jesus's mission of love and unity to all people.

**The TIME'S UP™ Foundation** insists upon safe, fair, and dignified work for all by changing culture, companies, and laws.  It enables more people to seek justice through the TIME'S UP Legal Defense Fund™.  It pioneers innovative research driving toward solutions to address systemic inequality and injustice in the workplace through the TIME'S UP Impact Lab, and reshapes key industries from within so they serve as a model for all industries.

**Union Theological Seminary in the City of New York** is a seminary and graduate school of theology established in 1836 by founders "deeply impressed by the claims of the world upon the church."  Progressive theology has long taken shape at Union, where faith and scholarship walk together to be a moral force in the world.  Grounded in the Christian tradition and responsive to the needs of God's creation, a Union education develops practices of mind and body that foster intellectual and academic excellence, social justice, and compassionate wisdom.  Union forms courageous faith leaders who make a difference wherever they serve.

**United 4 Equality, LLC** is a Washington, D.C.-based feminist political enterprise driving legislative and policy change at the local and federal level.  Through its "ERA By 2020" project—and on behalf of grassroots campaigns in six unratified States—United 4 Equality successfully introduced the original legislation in the U.S. House (2011) and U.S. Senate (2012) to repeal Congress's time limit to ratify the Equal Rights Amendment.  United 4 Equality's campaign for the ERA has the unanimous support of the District of Columbia City Council.

**Utah ERA Coalition** is a bipartisan group of 30 local organizations, national organizations, and hundreds of Utah citizens working for greater equality and fairness.  Utah ERA Coalition's mission is to educate Utah citizens about the Equal Rights Amendment and its importance in providing a strong legal foundation for constitutional protection against sex discrimination.  It supports the fundamental notion that women and men deserve to be legally protected in all the spaces they occupy—at home, at work, and in the community.  Equality, respect, and fairness for all are Utah values.  Through ratification of the ERA, Utah can uphold the ideal that all men and women across the nation are created equal and deserve constitutional protection under the law.

**Voto Latino** is a grassroots political organization focused on educating and empowering a new generation of Latinx voters, as well as creating a more robust and inclusive democracy.  Through innovative digital campaigns, culturally relevant programs and authentic voices, Voto Latino shepherds the Latinx community towards full realization of its political power.

**The Women's Equality Coalition** is an alliance of women's organizations in the metropolitan Kansas City area (Missouri and Kansas) who came together in 2012 to promote voter protection, pay equity, and the prevention of violence against women and girls—through collective education and advocacy.  Coalition members include NAACP (WIN); the KC League of Women Voters of Jackson, Clay, Platte Counties in Missouri; the League of Women Voters of Johnson County, Kansas; Zonta International of Kansas City; MainStream; AAUW, KC Chapter; United Nations Association Women of Greater KC; the Greater Kansas City Women's Political Caucus; and the Stand UP KC-Fannie Lou Hamer Women's Committee, among others.

**Women's Health and Reproductive Rights** is an organization that believes that controlling one's own bodily autonomy is a fundamental right.  Women's Health and

Reproductive Rights promotes gender equity, women's health, and reproductive rights, including access to safe, legal abortions; the right to safe, economically secure pregnancy and parenthood; and the right to safety, health, and equal protection under the law, irrespective of one's gender identity or sexual orientation.  Women's Health and Reproductive Rights takes action for positive legislative change through its work to elect progressive, pro-choice candidates and its fight against regressive policies that harm women's health and well-being.

**The Women's Law Project (WLP)** is a Pennsylvania-based nonprofit public interest legal advocacy organization that seeks to advance the legal, social, and economic status of all people regardless of gender.  To that end, WLP engages in impact litigation and policy advocacy, public education, and individual counseling.  Founded in 1974, WLP prioritizes program activities and litigation on behalf of people who are marginalized across multiple identities and disadvantaged by multiple systems of oppression.  Throughout its history, the WLP has played a leading role in the struggle to eliminate discrimination based on sex in a wide range of areas including reproductive freedom, health, education, athletics, employment, public benefits, insurance, rights of incarcerated individuals, LGBTQ rights, racial equity, sexual assault, and family law, including domestic violence, custody and support.

**Women Lawyers On Guard Inc.** is a national, non-partisan, non-profit organization harnessing the power of lawyers and the law in coordination with other non-profit organizations to preserve, protect, and defend the democratic values of equality, justice, and opportunity for all.  The organization has participated as amicus curiae in a range of cases before the U.S. Supreme Court and other federal courts to secure the equal treatment of women under the law and to challenge sex discrimination, sexual assault, and harassment.

**The Women's Media Center** is an inclusive and feminist organization that works to raise the visibility, viability, and decision-making power of women and girls in media to ensure that their stories get told and their voices are heard.  We do this by researching and monitoring media; creating and modeling original online and on-air journalism; training women and girls to be effective in media; and promoting women experts in all fields.

**YWCA USA** is a national non-profit organization dedicated to eliminating racism, empowering women, and promoting peace, justice, freedom, and dignity for all.  It is one of the oldest and largest women's organizations in the nation, serving more than 2 million women, girls, and their families through a network of 200+ local associations.  YWCA has been at the forefront of the most pressing social movements for more than 160 years.  Today, YWCA combines programming and advocacy to generate institutional change in the key areas of racial justice and civil rights, empowerment and economic advancement of women and girls, and health and safety of women and girls.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2020, a true and correct copy of the foregoing was served via ECF to all counsel of record.

/s/ Christopher Man_____
Christopher Man