IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA, *et al.*, <br><br>　　　　　　　　　　Plaintiffs, <br><br>　　　v. <br><br>DAVID S. FERRIERO, in his official capacity as the Archivist of the United States, <br><br>　　　　　　　　　　Defendant, <br><br>ALABAMA, LOUISIANA, NEBRASKA, SOUTH DAKOTA, and TENNESSEE, <br><br>　　　　　　　　　　Intervenor-Defendants. | No. 1:20-cv-00242 (RC) |

**UNOPPOSED MOTION FOR LEAVE TO ADD ADDITIONAL BUSINESS AND CORPORATE ENTITIES AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFF STATES**

　　　　Business and Corporate *Amici Curiae* in Support of Plaintiff States, by their attorneys, move to add the names of additional businesses as signatories to the Brief of Business and Corporate Entities as *Amici Curiae* in Support of Plaintiff States ("the Brief"). Defendants do not oppose this Motion.

　　　　On June 29, 2020, 93 business and corporate entities filed a motion for leave to file an amicus brief in support of Plaintiff States' opposition to Defendant's May 7, 2020 motion to dismiss. Since June 29, 2020, an additional 15 companies have requested to join the Brief. The new *amici* include: ADAPT of America, Inc., American Express Company, ASG, LLC, ASG II, LLC, BNY Mellon, CAULIPOWER, LLC, Concord Worldwide, Inc., Deloitte LLP, Dow, Inc., Godiva Chocolatier, Inc., Greenhouse Software, Inc., IBM, JPMorgan Chase & Co., REI Co-op,

and Tapestry, Inc.

The names of the original 93 businesses were listed in Exhibit 1 to the Brief. In the Brief, pages 3 and 4 also referred to the number of *amici*. Page 3 stated that: "*Amici curiae*, a diverse group of 93 businesses employing millions of women and men, are united in their longstanding support of gender equality." Page 4 stated that: "*Amici curiae* are a group of 93 companies whose businesses span the breadth of the U.S. economy."

*Amici Curiae*, by their attorneys, move to amend their previous filing, by submitting a revised Appendix A to this motion. The new Appendix A includes a revised Brief as well as a revised Exhibit 1, just to include the change in number of *Amici Curiae*. *Amici Curiae* propose no substantive changes to the Brief. The only proposed changes are:

- To add a new Exhibit 1 that includes the names of the additional *Amici Curiae*.
- To update the total number of *Amici Curiae* referenced at pages 3 and 4 of the Brief from 93 to 108.

A red-line showing all the proposed changes is included as Appendix B to this motion. *Amici Curiae* have conferred with counsel for all Parties. The Parties do not oppose this motion.

WHEREFORE, Business and Corporate *Amici Curiae* in Support of Plaintiff States move respectfully that the Court accept this request to amend the Brief to include a revised Exhibit 1 and to change the number of *Amici Curiae* referenced on pages 3 and 4 of the Brief to 108.

Dated:  July 28, 2020

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| By: */s/ Loretta E. Lynch*<br>Loretta E. Lynch\*<br>Liza M. Velazquez\*<br>Andrew G. Gordon\*<br>Tamar Holoshitz\*<br><br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>lelynch@paulweiss.com<br>lvelazquez@paulweiss.com<br>agordon@paulweiss.com<br>tholoshitz@paulweiss.com | By: */s/ Jeannie S. Rhee*<br>Jeannie S. Rhee (Bar No. 464127)<br>Benjamin Z. Bergmann\*<br><br>2001 K Street, NW<br>Washington, DC 20006-1047<br>Telephone: (202) 223-7300<br>Facsimile: (202) 330-5012<br>jrhee@paulweiss.com<br>bbergmann@paulweiss.com |
| VULLO ADVISORY SERVICES, PLLC | LEGRAND LAW PLLC |
| By: */s/ Maria T. Vullo*<br>Maria T. Vullo\*<br><br>477 Madison Avenue, Sixth Floor<br>New York, N.Y. 10022<br>Telephone: (347) 474-7280<br>mvullo@vulloadvisory.com | By: */s/ Rebecca LeGrand*<br>Rebecca LeGrand (Bar No. 493918)<br><br>LeGrand Law PLLC<br>1100 H St. NW, Suite 1220<br>Washington, DC 20005<br>Telephone: (202) 587-2838<br>Facsimile: (202) 795-2838<br>rebecca@legrandpllc.com |

*Counsel for Amici Curiae*

*\*Admitted Pro Hac Vice*