**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA, *et al.*, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> DAVID S. FERRIERO, *in his official capacity* ) <br> *as Archivist of the United States*, ) <br> ) <br> *Defendant*, ) <br> ) <br> ALABAMA, LOUISIANA, NEBRASKA, ) <br> SOUTH DAKOTA, and TENNESSEE. ) <br> ) <br> *Intervenor Defendants*. ) | Case No. 1:20-cv-00242-RC |

## NOTICE OF WITHDRAWAL OF APPEARANCE BY LAUREN MOXLEY

Pursuant to Local Rule 83.6(b), I write to inform the Court that I, Lauren Moxley, am withdrawing my appearance as counsel for Generation Ratify because I am leaving the law firm of Covington & Burling LLP on August 3, 2020. Other counsel from Covington & Burling LLP have also appeared in this action and will continue to represent Generation Ratify and other groups as *amici curiae* in support of the Plaintiffs.

*/s/* Lauren Moxley
Lauren Moxley
Bar No. 1046809
COVINGTON & BURLING
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000

/s/ Kate Kelly
Kate Kelly

/s/ Rosie Couture
Rosie Couture
GENERATION RATIFY
P.O. Box 3145
235 N Glebe Rd.
Arlington, VA 22201
United States