AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| COMMONWEALTH OF VIRGINIA, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-00242-RC |
| Ferriero, in his official capacity as Archivist of U.S. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae, The United States Conference of Mayors, Equal Means ERA, 38 Agree for Georgia, LARatifyERA.

Date:  10/21/2020

/s/ J. David Folds
*Attorney's signature*

J. David Folds (Bar No.: 449791)
*Printed name and bar number*

Baker Donelson Bearman Caldwell & Berkowitz P.C.
901 K Street NW, Sute 900
Washington, DC 20001
*Address*

dfolds@bakerdonelson.com
*E-mail address*

(202) 508-3441
*Telephone number*

*FAX number*