# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA, *et al.* | * |
| Plaintiffs | * |
| v. | *   Case No. 1:20-cv-00242-RC |
| DAVID S. FERRIERO, *in his official capacity* *as Archivist of the United States* | * |
| | * |
| Defendant. | |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## WITHDRAWAL OF APPEARANCE

COMES NOW, Elizabeth J. Cappiello, the undersigned counsel for counsel for Amici Curiae, The United States Conference of Mayors, Equal Means ERA, 38 Agree for Georgia, LARatifyERA, (together, "the Amici"), to respectfully notice her withdrawal as counsel for the Amici pursuant to LCvR 83.6.

Mr. J. David Folds of the firm Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. has entered his appearance on behalf of the Amici and will serve as counsel in this matter.

Dated:  October 21, 2020

Respectfully submitted,

**BAKER DONELSON BEARMAN**
**CALDWELL & BERKOWITZ, PC**


      */s/ Elizabeth J. Cappiello*
Elizabeth J. Cappiello (Bar No.: 1018161)
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
901 K Street, NW, Suite 900
Washington, D.C. 20001
P: 202-508-3400
E: ecappiello@bakerdonelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of October, 2020, I caused the foregoing Notice of Withdrawal to be electronically filed and served via this Court's CM/ECF system.

                                                 */s/ Elizabeth J. Cappiello*
                                                 Elizabeth J. Cappiello