## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| COMMONWEALTH OF VIRGINIA, *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 20-242 (RC) |
| | : | | |
| v. | : | Re Document Nos.: | 29, 74, 100 |
| | : | | |
| DAVID S. FERRIERO, | : | | |
| | : | | |
| Defendant, | : | | |
| | : | | |
| v. | : | | |
| | : | | |
| ALABAMA, *et al.*, | : | | |
| | : | | |
| Intervenor-Defendants. | : | | |

## ORDER

GRANTING DEFENDANT'S MOTION TO DISMISS;
GRANTING INTERVENOR-DEFENDANTS' MOTION FOR SUMMARY JUDGMENT;
DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, the Archivist's motion to dismiss (ECF No. 29) is **GRANTED**; Intervenors' motion for summary judgment construed as a motion to dismiss (ECF No. 74) is **GRANTED**; and Plaintiffs' motion for summary judgment (ECF No. 100) is **DENIED**.  In addition, Intervenors' unopposed motion to consolidate hearings (ECF No. 88) is **DENIED**; the Archivist's motion to stay summary-judgment briefing (ECF No. 104) is **DENIED**; and amici's motions for leave to file amicus briefs (ECF Nos. 31, 40, 44, 48, 51, 61, 66, 68, 73, 90, 91, 94, 96, 108) are **GRANTED**.

**SO ORDERED**.

Dated: March 5, 2021                          RUDOLPH CONTRERAS
                                              United States District Judge