# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>DAVID S. FERRIERO, in his official capacity as the Archivist of the United States,<br><br>                    Defendant,<br><br>ALABAMA, LOUISIANA, NEBRASKA, SOUTH DAKOTA, and TENNESSEE,<br><br>                    Intervenor-Defendants. | No. 1:20-cv-00242 (RC) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter the withdrawal of appearance of Benjamin Z. Bergmann of Paul, Weiss, Rifkind, Wharton & Garrison LLP as attorney for *Amici Curiae* in the above-captioned action. Names of the *amici* are listed in the attached list. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent *Amici Curiae* in this proceeding.

Dated: April 16, 2021                           Respectfully submitted,

                                                            */s/   Benjamin Z. Bergmann*

                                                            Benjamin Z. Bergmann
                                                            PAUL, WEISS, RIFKIND, WHARTON
                                                            & GARRISON LLP
                                                            2001 K Street, NW
                                                            Washington, DC 20006
                                                            Tel.: (202) 223-7408
                                                            bbergmann@paulweiss.com

## LIST OF AMICI

The following *amici curiae* joining the Brief of Business and Corporate Entities as Amici Curiae in Support of Plaintiff States are represented by Paul, Weiss, Rifkind, Wharton & Garrison LLP and Vullo Advisory Services, PLLC:

1. 1010data, Inc.
2. 98point6 Inc.
3. ADAPT of America, Inc.
4. Advance Local Media LLC
5. Advance Magazine Publishers Inc. AKA Condé Nast
6. Advance Publications, Inc.
7. Airbnb, Inc.
8. American City Business Journals, Inc.
9. American Express Company
10. American International Group, Inc.
11. Apollo Global Management, Inc.
12. Apple
13. Asana, Inc.
14. ASG, LLC
15. ASG II, LLC
16. Atakama Inc.
17. Baron Capital Group, Inc.
18. Benco Dental Supply Co.
19. Biogen Inc.
20. Bloomberg L.P.
21. Blue Apron Holdings, Inc.
22. BNY Mellon

23. Bowery Farming Inc.
24. Braze, Inc.
25. Brighthouse Financial, Inc.
26. Build America Mutual Assurance Company
27. CapeSpace, LLC
28. Capri Holdings Limited
29. CAULIPOWER, LLC
30. Chobani, LLC
31. Citigroup Inc.
32. Concord Worldwide, Inc.
33. COTA, Inc.
34. Dayforward Inc.
35. Deloitte LLP
36. Diageo North America, Inc.
37. Dow, Inc.
38. Ellig Group LLC
39. Equitable
40. The Estée Lauder Companies Inc.
41. Etsy, Inc.
42. Everything is Everything
43. General Assembly Space, Inc.
44. Godiva Chocolatier, Inc.
45. The Goldman Sachs Group, Inc.
46. Greenhouse Software, Inc.
47. Guardian Life Insurance Company of America

48. The Hershey Company
49. IBM
50. Industrious
51. JPMorgan Chase & Co.
52. Kimberly-Clark Corporation
53. KIND LLC
54. Leaders Group Holdings LLC/Sports Business Journal
55. Levi Strauss & Co.
56. Livari Clothing
57. LVMH Moet Hennessy Louis Vuitton Inc.
58. Lyft, Inc.
59. Mastercard Incorporated
60. Microsoft
61. Morgan Stanley
62. Motus LLC
63. Nardello & Co.
64. National Football League
65. National Women's Soccer League, LLC
66. Neuberger Berman
67. New York Life Insurance Company
68. Oscar Health
69. PepsiCo, Inc.
70. Pfizer Inc.
71. Planet Labs Inc.
72. Procore Technologies, Inc.

73. Prosperity Life Insurance Group, LLC
74. Prudential Financial, Inc.
75. Puppet, Inc.
76. Quotient Technology Inc.
77. Rebelle Media
78. REI Co-op
79. Rodan & Fields, LLC
80. salesforce.com, inc.
81. Seed&Spark, Inc.
82. ShelterPoint Life Insurance Company
83. Shiseido Americas Corporation
84. Shutterstock, Inc.
85. SoftBank Investment Advisers
86. Spotify USA, Inc.
87. Strava
88. SurveyMonkey Inc.
89. Tapestry, Inc.
90. Thinx
91. Tiffany & Co.
92. Tory Burch LLC
93. TransUnion
94. Turnitin, LLC
95. Turo Inc.
96. Twitter, Inc.
97. Uber

98. United States Soccer Federation, Inc.

99. Univision Communications Inc.

100. VF Corporation

101. Vice Media LLC

102. WeWork

103. Workday, Inc.