IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA, STATE OF ILLINOIS, and STATE OF NEVADA, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID S. FERRIERO, in his official capacity as Archivist of the United States, <br><br> Defendant, <br> and <br><br> ALABAMA, LOUISIANA, NEBRASKA, SOUTH DAKOTA, and TENNESSEE, <br><br> Intervenor-Defendants. | Case No. 1:20-cv-00242 |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs the Commonwealth of Virginia, the State of Illinois, and the State of Nevada appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order (ECF No. 116) and Memorandum Opinion (ECF No. 117), both dated March 5, 2021, granting Defendant's motion to dismiss and Intervenor-Defendants' motion for summary judgment construed as a motion to dismiss.


Dated: May 3, 2021              Respectfully submitted,


                                COMMONWEALTH OF VIRGINIA, STATE OF
                                ILLINOIS, and STATE OF NEVADA

<div style="columns:2">

KWAME RAOUL
Attorney General of Illinois

By:  */s/ Kathryn Hunt Muse*
KATHRYN HUNT MUSE
CHRISTOPHER WELLS
ELIZABETH ROBERSON-YOUNG
Office of the Attorney General
100 West Randolph Street
Chicago, Illinois 60601
(312) 814-3000 – Telephone
(312) 814-5024 – Facsimile
Kathryn.Muse@illinois.gov
Elizabeth.Roberson-Young@illinois.gov
Christopher.Wells@illinois.gov

*Attorneys for Plaintiff*
*State of Illinois*

MARK R. HERRING
Attorney General of Virginia

By:  */s/ Michelle S. Kallen*
MICHELLE S. KALLEN [1030497]
TOBY J. HEYTENS [490314]
JESSICA MERRY SAMUELS [1552258]
KENDALL T. BURCHARD
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-7704 – Telephone
(804) 371-0200 – Facsimile
mkallen@oag.state.va.us

*Attorneys for Plaintiff*
*Commonwealth of Virginia*

</div>

AARON D. FORD
Attorney General of Nevada

By:  */s/ Heidi Parry Stern*
HEIDI PARRY STERN
CRAIG A. NEWBY
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
(775) 684-1100 – Telephone
(775) 684-1108 – Facsimile
HStern@ag.nv.gov
CNewby@ag.nv.gov

*Attorneys for Plaintiff*
*State of Nevada*

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4(d), I hereby certify that on May 3, 2021, I filed this notice electronically through the Court's CM/ECF system, which will effect service on all counsel who have appeared.

／s/ Michelle S. Kallen
Michelle S. Kallen

*Counsel for Plaintiff*
*Commonwealth of Virginia*